**EXHIBIT 1**

**EXHIBIT 1**

| CO.  | FILE   | DEPT.  | CLOCK  | NUMBER   | 020 |
|------|--------|--------|--------|----------|-----|
| H7E  | 001662 |        |        | 0020830383 | 1 |

**Earnings Statement**

M AND N HOME CARE SERVICES LLC
6138 233RD STREET
OAKLAND GARDENS,  NY 11364

Period Beginning:  11/23/2020
Period Ending:     11/29/2020
Pay Date:          12/11/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  1
   NY:       1

NAILA  FARZANA
~~[redacted]~~
APT ▓
THE  BRONX  NY ▓

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 18.0000 | 24.50 | 441.00 | 22,050.00 |
| **Gross Pay** | | | **$441.00** | 22,050.00 |

| Other Benefits and | this period | total to date |
|---|---|---|
| Current Accrual | 1.00 | |
| Pto Balance | 6.00 | |

**Deductions  Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -30.43 | 1,502.99 |
| Social Security Tax | -27.34 | 1,367.10 |
| Medicare Tax | -6.40 | 319.73 |
| NY State Income Tax | -12.26 | 604.62 |
| NY SUI/SDI Tax | -0.60 | 30.60 |
| **Net Pay** | **$363.97** | |
| **Net Check** | **$363.97** | |

**Important Notes**
COMPANY  PH#:  917-650-4740

BASIS OF PAY:  HOURLY

Your federal taxable wages this period are $441.00

2000 ADP, LLC

M AND N HOME CARE SERVICES LLC
6138 233RD STREET
OAKLAND GARDENS  NY 11364

H7E                                      1-2/210
Payroll check number:  0020830383
Pay date:              12/11/2020

Pay to the
order of:  NAILA  FARZANA

This amount:  THREE HUNDRED SIXTY THREE AND 97/100 DOLLARS        $363.97

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-429-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS



CHASE
162 Fifth Ave
New York, NY 10010

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| H7E | 001640 | | | 0000421126 | 1 |

# Earnings Statement

M AND N HOME CARE SERVICES LLC
6138 233RD STREET
OAKLAND GARDENS, NY 11364

Period Beginning: 09/28/2020
Period Ending: 10/04/2020
Pay Date: 10/16/2020

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 2
 NY: 2

MAISHA FARZANA SABA

APT#
THE BRONX NY

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18 0000 | 38 50 | 693 00 | 29 106 00 |
| Gross Pay | | | $693 00 | 29 106 00 |

**Important Notes**
COMPANY PH#: 917-650-4740

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -50 75 | 2 131 96 |
| | Social Security Tax | -42 96 | 1 804 57 |
| | Medicare Tax | -10 05 | 422 04 |
| | NY State Income Tax | -26 17 | 1 099 14 |
| | NY SUI/SDI Tax | -0 60 | 25 20 |
| Net Pay | | $562 47 | |
| Checking 1 | | -562 47 | |
| Net Check | | $0 00 | |

Your federal taxable wages this period are $693 00

2000 ADP, LLC

M AND N HOME CARE SERVICES LLC
6138 233RD STREET
OAKLAND GARDENS NY 11364

Advice number: 00000421126
Pay date: 10/16/2020

Deposited to the account of
MAISHA FARZANA SABA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8042 | xxxx xxxx | $562 47 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**