UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAILA FARZANA and MAISHA SABA,
individually and on behalf of all others similarly
situated,

                Plaintiffs,                JUDGMENT
    v.                                          23-CV-6227 (DLI)(JRC)

M AND N HOME CARE SERVICES, LLC.

                Defendant.

-----------------------------------------------------------------X

       A Summary Order of the Honorable Dora L. Irizarry, United States District Judge, having been filed on September 18, 2024, granting Defendant's motion to dismiss Plaintiffs' FLSA frequency of pay claims and Plaintiff's FLSA and NYLL minimum wage and overtime claims; dismissing these claims; and declining to exercise supplemental jurisdiction over the remaining state law claims, which are dismissed without prejudice; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss Plaintiffs' FLSA frequency of pay claims and Plaintiff's FLSA and NYLL minimum wage and overtime claims is granted; that these claims are dismissed; and that the Court declines to exercise supplemental jurisdiction over the remaining state law claims, which are dismissed without prejudice.

Dated:  Brooklyn, New York                                Brenna B. Mahoney
         September 19, 2024                              Clerk of Court

                                                      By:    _/s/Jalitza Poveda_
                                                                   Deputy Clerk